IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera        Date: October 22, 2012
Court Reporter:    Kara Spitler

Criminal Action No. 11-cv-02920-RBJ

*Parties*:                                          *Counsel*:

XY, LLC,                                            Kirt O'Neill
                                                    Alan Blakley
    Plaintiff,

v.

MATTHIAS J.G. OTTENBERG,                            Donald Lake
PROPEL LABS, INC.,                                  Aaron Bradford
SIDIS CORP.,                                        George Matava
DANIEL N. FOX,
GEORGE C. MALACHOWSKI, and
TIDHAR SADEH,

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:**     8:00 a.m.

Appearances of counsel.

Argument by Mr. O'Neill and Mr. Lake as to Plaintiff's Motion for Leave to File First Amended Complaint or in the Alternative to Modify Protective Order #[52].

Argument by Mr. O'Neill and Mr. Lake as to Motion to Compel #[59].

Argument by Mr. Lake as to Plaintiff XY, LLC's Motion to Compel the Deposition of Nigel Ferrey and for Award of Costs #[88].

**Court in recess:**     8:33 a.m.
**Court in session:**    8:42 a.m.

Discussion regarding deadlines.

For the reasons and findings as stated on the record, it is;

**ORDERED:**   Plaintiff's Motion for Leave to File First Amended Complaint or in the Alternative to Modify Protective Order #[52] is GRANTED.

**ORDERED:**   Infringement contentions due **October 30, 2012.** Joint statement with respect to the claims to be construed due **November 14, 2012.** Reply date **November 28, 2012.**

**ORDERED:**   Markman Hearing set **December 6, 2012 at 9:00 a.m.**

**ORDERED:**   Affirmative expert disclosures due **January 25, 2013.**

**ORDERED:**   Rebuttal expert disclosures due **February 14, 2013.**

**ORDERED:**   Discovery cut-off **March 13, 2013.**

**ORDERED:**   Dispositive motion deadline **March 19, 2013.**

**ORDERED:**   Trial Preparation Conference set **April 30, 2013 at 1:30 p.m.** Trial Preparation Conference set February 26, 2013 is VACATED.

**ORDERED:**   Jury Trial continued to **May 30, 2013 at 9:00 a.m.** Jury Trial set March 11, 2013 is VACATED.

**ORDERED:**   Motion to Compel #[59] is GRANTED IN PART AND DENIED IN PART.

**ORDERED:**   Unopposed Motion by Defendants for Leave to Restrict Defendant's Response to Plaintiff's Second Motion to Compel and Attached Exhibits #[72] is GRANTED.

**ORDERED:**   Unopposed Motion by XY, LLC for Leave to Restrict Exhibit B to Plaintiff's Reply in Support of its Second Motion to Compel #[82] is GRANTED.

**ORDERED:**   Unopposed Motion by XY, LLC for Leave to Restrict Exhibit A to Plaintiff's Motion to Compel the Deposition of Nigel Ferrey and for Award of Costs #[86] is GRANTED.

**ORDERED:**   Plaintiff's XY, LLC's Motion to Compel the Deposition of Nigel Ferrey and for Award of Costs #[88] is GRANTED.

**Court in recess:** 8:57 a.m.

Hearing concluded.

Total time: 00:48