UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action, File Number 11-CV-02920-RBJ

_____

|  |  |
|---|---|
| XY, LLC, a Delaware Corporation, <br> Plaintiff, <br> <br> v. <br> <br> MATTHIAS J.G. OTTENBERG; <br> PROPEL LABS, INC., a Colorado Corporation; <br> SIDIS CORP., a Colorado Corporation; <br> DANIEL N. FOX; <br> GEORGE C. MALACHOWSKI; and <br> TIDHAR SADEH; <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

_____

**ORDER ADOPTING STIPULATED CLAIM CONSTRUCTIONS AND VACATING THE CLAIM CONSTRUCTION HEARING AND BRIEFING**

Before the Court is the parties' Joint Motion for Entry of Order on Stipulated Claim Constructions and Joint Motion to Vacate Claim Construction Hearing and Briefing (the "Motion"). After considering the Parties' Motion, the Court is of the opinion that the Motion should be GRANTED.

Therefore, it is ORDERED that the following terms of U.S. Patent No. 6,357,307, U.S. Patent No. 6,263,745, U.S. Patent No. 6,604,435, and U.S. Patent No. 6,782,768 shall be construed as follows:

| Claim Term | Stipulated Claim Construction |
|---|---|
| "sheath fluid port" | "inlet for sheath fluid" |
| "torsional" | "imparting a twisting or rotational force" |
| "hydrodynamic forces" | "forces generated by a liquid" |
| "axial motion" | "motion generally parallel to the axis of flow" |
| "laminar flow" | "generally parallel or non-turbulent flow" |
| "laminarly flowing" | "flowing generally parallel or non-turbulently" |

Furthermore, because there are no longer any claim construction disputes between the parties, the Court hereby VACATES that portion of its October 23, 2012 order (Dkt. No. 90) that establishes a December 6, 2012 *Markman* hearing and a November 28, 2012 deadline for filing claim construction reply briefs.

SIGNED this 21st day of November, 2012.

Brooke Jackson

THE HONORABLE R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE

2