UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02920-RBJ

XY, LLC, a Delaware corporation,

        Plaintiff,

v.

MATTHIAS J.G. OTTENBERG;
PROPEL LABS INC., a Colorado corporation;
SIDIS CORP., a Colorado corporation;
DANIEL N. FOX;
GEORGE C. MALACHOWSKI; and
TIDHAR SADEH,

        Defendants/Counterclaim Plaintiffs,

v.

XY, LLC,

        Counterclaim Defendant,

And

INGURAN, LLC,

        Counterclaim Defendant.

---

## ORDER

---

The Court, upon stipulation by the Parties, hereby ORDERS that Defendants/Counterclaim Plaintiffs' Ninth Claim for Relief is hereby dismissed with prejudice. The Parties shall bear their own costs and fees related to this Claim.

20326013v1

BY THE COURT:

_____
United States District Judge