IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  　　　　　Date: August 21, 2013
Court Reporter:    Kara Spitler

Criminal Action No. 11-cv-02920-RBJ

| *Parties*: | *Counsel*: |
|---|---|
| XY, LLC, | Kirt O'Neill |
|  | Daniel Moffett |
| Plaintiff/Counter Defendant, |  |
| v. |  |
| MATTHIAS J.G. OTTENBERG, | Donald Lake, III |
| PROPEL LABS, INC., | Alexander Clayden |
| SIDIS CORP., |  |
| DANIEL N. FOX, |  |
| GEORGE C. MALACHOWSKI, and |  |
| TIDHAR SADEH, |  |
| Defendants/Counter Claimants, |  |
| v. |  |
| INGURAN, LLC, |  |
| Counter Defendant. |  |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**Court in session:　　8:05 a.m.**

Appearances of counsel.

Parties advise the Court they have reached a settlement and discuss the terms of the agreement.

Counsel requests the transcript for this proceeding be sealed.

**ORDERED:**   The transcript for this proceeding is ordered SEALED.

**ORDERED:**   All deadlines and hearings in this case are VACATED**.**

**ORDERED:**   The following motions are MOOT: Motion of Counterlcaim Defendants XY, LLC and Inguran, LLC for Partial Judgment on the Pleadings or in the Alternative Motion for Partial Summary Judgment and Brief in Support #[138]; Motion of Counterclaim Defendants XY, LLC and Inguran, LLC for Partial Judgment on the Pleadings or in the Alternative Motion for Partial Summary Judgment and Brief in Support #[166]; Motion for Leave to File Amended Answer, Jury Demand and Counterclaims to Plaintiffs' Second Amended Complaint #[169]; Unopposed Motion by Defendants for Leave to Restrict its Amended Answer to Second Amended Complaint and Counterclaims #[170]; Motion and Brief in Support of Defendants' Motion for Partial Summary Judgment on Patents Infringement Claims #[191]; Motion for Substitution of Jan Malachowski, as Executor of the Estate of George C. Malachowski for the Defendant George C. Malachowski #[221]; Defendants XY, LLC, and Inguran, LLC's Motion to Exclude the Expert Testimony of Phillip M. Johnson Under Daubert #[225]; Motion of Counterclaim Defendants XY, LLC and Inguran, LLC for Summary Judgment on Counterclaim Plaintiffs' Antitrust Counterclaims #[226].

**ORDERED:**   Dismissal Paper Deadline set **September 11, 2013.**

**Court in recess:**     8:20 a.m.

Hearing concluded.

Total time:    00:15