IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-02920-RBJ

XY, LLC, a Delaware Corporation,

    Plaintiff,

v.

MATTHIAS J.G. OTTENBERG,
PROPEL LABS, INC., a Colorado corporation,
SIDIS CORP., a Colorado corporation,
DANIEL N. FOX,
GEORGE C. MALACHOWSKI, and
TIDHAR SADEH,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

On this day, the Court considered the Stipulated Motion to Dismiss with Prejudice filed jointly by Plaintiff and Counterclaim Defendant, XY LLC, Defendants, Matthias J.G. Ottenberg, Propel Labs, Inc., SIDIS Corp., Daniel N. Fox, and Tidhar Sadeh, and Counterclaim Defendant, Inguran, LLC. After considering the motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims pending in this action are DISMISSED WITH PREJUDICE and that each party shall bear its own attorneys' fees and costs.

DATED this 11th day of September, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge